NUMBER 13-07-660-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI- EDINBURG


______________________________________________________________


IN RE: POPULAR LEASING USA, INC.

_____________________________________________________________


On Petition for Writ of Mandamus

and Motion for Emergency Stay

_____________________________________________________________




MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides 


Memorandum Opinion Per Curiam



 On October 19, 2007, relator, Popular Leasing USA, Inc., filed a petition for writ of
mandamus, in which it requested this Court to direct the Respondent, the Honorable
Federico "Fred" Garza, presiding judge of County Court of Law #4 of Hidalgo County,
Texas, to rescind his order dated October 1, 2007, denying relator's motion to dismiss in
trial court cause number CL-07-0396-D, styled McAllen North Imaging, Inc. v. Popular
Leasing USA, Inc. Relator also filed a motion for emergency stay, requesting this Court
to stay all proceedings in trial court cause number CL-07-0396-D pending disposition of its
petition for writ of mandamus.

 On October 22, 2007, this Court temporarily stayed all proceedings and requested
a response. On November 1, 2007, party-in-interest filed a response.

 The Court, having considered the petition for writ of mandamus, response, and
documents on file, is of the opinion that the petition for writ of mandamus should be
denied.

 The stay granted on October 22, 2007 in trial court cause number CL-07-0396-D is
ordered LIFTED. Relator's petition for writ of mandamus is hereby DENIED.

 

 PER CURIAM


Memorandum Opinion delivered and filed

this the 7th day of November, 2007.